# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Robert W. Johnson**
      Plaintiff(s)
  vs.                       **CASE NUMBER: 5:22-cv-425 (TJM/ATB)**

**Alex, Allied Universal, Centro, Greyhound/Trailways, William F. Walsh**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION and ORDER adopting Report and Recommendations re 8 Report and Recommendations. The Court ACCEPTS and ADOPTS the Order and Report- Recommendation (Dkt. No. 8) for the reasons stated therein. It is therefore ORDERED that the complaint in this action (Dkt. No. 1) is DISMISSED WITH PREJUDICE.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 15th day of December, 2022.

DATED: December 15, 2022

_____
Clerk of Court

                                                _s/Kathy Rogers_
                                                Deputy Clerk